UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Schwartz,

                 Plaintiff(s),

    -against –

Wiener,

                 Defendant(s).
-----------------------------------------------------------X

**O R D E R**

7:23-CV-11254 (CS)

<u>Seibel, J.</u>

    It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

    **SO ORDERED**.

Dated: October 24, 2024

    White Plains, New York

                                                              CATHY SEIBEL, U.S.D.J.